UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In Re:   SHENEKA N LOVE                              Case No.: 09-18553

         Debtor(s)

---

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/22/2009.

2) This case was confirmed on 07/15/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/06/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/06/2010, 11/03/2010, 07/06/2011.

5) The case was converted on 08/09/2011.

6) Number of months from filing to the last payment:  22

7) Number of months case was pending:  28

8) Total value of assets abandoned by court order:  NA

9) Total value of assets exempted: $    40,803.00

10) Amount of unsecured claims discharged without payment $      .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**
　　　Total paid by or on behalf of the debtor　　　$　　7,690.00
　　　Less amount refunded to debtor　　　$　　　　.00
**NET RECEIPTS**　　　$　　7,690.00

**Expenses of Administration:**

　　　Attorney's Fees Paid through the Plan　　　$　　2,084.00
　　　Court Costs　　　$　　　　.00
　　　Trustee Expenses and Compensation　　　$　　　513.95
　　　Other　　　$　　　　.00

**TOTAL EXPENSES OF ADMINISTRATION**　　　$　　2,597.95

Attorney fees paid and disclosed by debtor　　　$　　1,416.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| LITTON LOAN SERVICIN | OTHER | NA | NA | NA | .00 | .00 |
| LITTON LOAN SERVICIN | SECURED | 161,965.00 | 160,759.15 | .00 | .00 | .00 |
| LITTON LOAN SERVICIN | UNSECURED | 25,965.00 | NA | NA | .00 | .00 |
| DYCK O'NEIL INC | SECURED | 40,651.00 | 40,686.80 | .00 | .00 | .00 |
| LITTON LOAN SERVICIN | UNSECURED | 40,651.00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 1,440.00 | 1,767.65 | 1,767.65 | 576.77 | .00 |
| ASSOCIATES CITIBANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | .00 | NA | NA | .00 | .00 |
| BARCLAYS BANK DELAWA | UNSECURED | 713.00 | NA | NA | .00 | .00 |
| CCS FIRST SAVINGS BA | UNSECURED | 611.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 4,966.00 | 6,486.83 | 6,486.83 | 2,116.53 | .00 |
| CITI CARDS | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIBANK USA | UNSECURED | 930.00 | NA | NA | .00 | .00 |
| CITIFINANCIAL | UNSECURED | 11,850.00 | NA | NA | .00 | .00 |
| CITIFINANCIAL | UNSECURED | .00 | NA | NA | .00 | .00 |
| CODILIS & ASSOCIATES | OTHER | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 899.00 | 1,398.79 | 1,398.79 | 456.40 | .00 |
| FIRST MIDWEST BANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 919.00 | 2,002.92 | 2,002.92 | 653.52 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 519.00 | 896.53 | 896.53 | 292.51 | .00 |
| LOWES MBGA | UNSECURED | .00 | NA | NA | .00 | .00 |
| MERRICK BANK | UNSECURED | 1,833.00 | 2,016.90 | 2,016.90 | 658.07 | .00 |
| MERRICK BANK | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

```
.==============================================================================.
| **Scheduled Creditors:**                                                     |
|                                                                              |
| Creditor              Claim         Claim         Claim      Principal   Int.|
|   Name        Class   Scheduled     Asserted      Allowed      Paid      Paid|
|                                                                              |
|PEOPLES CHOICE HOME  UNSECURED       .00        NA           NA          .00      .00 |
|PEOPLES CHOICE HOME  UNSECURED       .00        NA           NA          .00      .00 |
|PROVIDIAN FINANCIAL  UNSECURED       .00        NA           NA          .00      .00 |
|PROVIDIAN FINANCIAL  UNSECURED       .00        NA           NA          .00      .00 |
|RIDDLE & ASSOCIATES  UNSECURED     2,266.00     NA           NA          .00      .00 |
|UNIVERSITY OF PHOENI UNSECURED       .00        NA           NA          .00      .00 |
|UNVL CITI            UNSECURED       .00        NA           NA          .00      .00 |
|DYCK O'NEIL INC      OTHER           NA         NA           NA          .00      .00 |
|LITTON LOAN SERVICIN SECURED         NA      39,114.27       .00         .00      .00 |
|WYNDAM VACATION RESO SECURED         NA      13,848.28       .00         .00      .00 |
|DYCK O'NEIL INC      SECURED         NA       8,592.56       .00         .00      .00 |
|MAIN STREET ACQUISIT UNSECURED       NA       1,036.69     1,036.69    338.25     .00 |
|LEGAL HELPERS PC     PRIORITY        NA          .00       2,084.00   2,084.00    .00 |
.==============================================================================.
```

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 15,606.31 | 5,092.05 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 2,597.95 |
| Disbursements to Creditors | $ | 5,092.05 |
| **TOTAL DISBURSEMENTS:** | $ | 7,690.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:   09/13/2011                             /s/ Tom Vaughn
                                                Tom Vaughn, Chapter 13 Trustee

**STATEMENT**   : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**